UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:20-CR-965-1 |
| | § | |
| DOMINGO MARINES | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the Defendant pending trial in this case:

(1)     There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard, as a Grand Jury has returned a true-billed indictment in this case.  The Defendant is a multiple time convicted felon, has a recent history of serious drug use (heroin) that includes use while on bond, attempted to flee from authorities upon arrest in this case, and has a poor history of compliance with supervision.   The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private

consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of September, 2020.

_____
Julie K. Hampton
United States Magistrate Judge